**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY - 9 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR102-WHA |
| | ) | [18 USC 922(g)(1)] |
| JIMMY COLLINS | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 7, 2005, in Randolph County, within the Middle District of Alabama,

JIMMY COLLINS,

defendant herein, having been convicted of the following felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1) October 6, 1986, Murder, case number CC 86 114, in the Circuit Court of Tallapoosa County;

2) May 27, 2003, Possession of Cocaine, case number CC 2003 000052, in the Circuit Court of Randolph County, Alabama;

did knowingly possess in and affecting interstate commerce a firearm, to-wit:

a Mossberg, Model ATR 100, .270 Win. Caliber Rifle;

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

JIMMY COLLINS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

A Mossberg, Model ATR 100, .270 Win. Caliber Rifle

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred, sold to, or deposited with a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or,

(5)    has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

Foreperson

LEURA G. CANARY
United States Attorney

John T. Harmon
Assistant United States Attorney

Matthew W. Shepherd
Assistant United States Attorney

3