IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:07-cr-102-WHA |
| ) | |
| JIMMY COLLINS   ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE TERRY F. MOORER, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Jimmy Collins now in custody of Limestone Correctional Facility, Harvest, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on June 27, 2007, at 10:30 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Limestone Correctional Facility, Harvest, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on June 27, 2007, at 10:30 a.m.

Respectfully submitted this the 14th of May, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:07-cr-102-WHA |
| ) | |
| JIMMY COLLINS  ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed May 14, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Limestone Correctional Facility, Harvest, Alabama, commanding it to deliver Jimmy Collins to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on June 27, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of May, 2007

_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE