IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>JIMMY COLLINS          ) | CR. NO. 3:07-cr-102-WHA |

### O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed May 14, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Limestone Correctional Facility, Harvest, Alabama, commanding it to deliver Jimmy Collins to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on June 27, 2007, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this the 15th day of May, 2007

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE