IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:07cr102-WHA |
| | ) | |
| **JIMMY COLLINS** | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **JIMMY COLLINS**, in the above-styled case.

Dated this 3rd day of July 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Shepherd, AUSA.

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189