IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:07cr102-WHA |
| | ) | |
| JIMMY COLLINS | ) | |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE PRETRIAL MOTIONS

**COMES NOW** the Defendant, Jimmy Collins, by and through undersigned counsel, Jennifer A. Hart, and requests an extension of time to file pretrial motions. In support of this motion undersigned counsel states:

1. In an Indictment dated May 9, 2007, Jimmy Collins was charged with being a felon in possession of a firearm.

2. Collins was arraigned and enter a plea of not guilty to the charge on June 21, 2007.

3. The Government provided approximately 155 pages of initial discovery in this case on June 26, 2007.

4. The following day, the Government provided approximately 20 pages of additional discovery pursuant to *United States v. Giglio*. This additional discovery concerns the credibility of the police officer who obtained a warrant for the search of Mr. Collins' residence and vehicle. The firearm at issue was seized from the Collins' home.

5. This case was assigned to the undersigned counsel on June 29, 2007. Initial investigation of the discovery, and conversations with Mr. Collins, suggest that pretrial motions may be warranted in this case.

6. Pretrial motions are due in this case today, July 3, 2007. Mr. Collins, however, needs

additional time to investigate these matters before determining whether any such motions are warranted.

7.  This case is presently scheduled for trial on the August 6, 2007 trial term. If Mr. Collins files pretrial motions in this case, he will ask the Court to continue his case to the next trial term to allow the Court time for consideration of the motions.

8.  The United States, by and through Matthew W. Shepherd, Esquire, does not oppose the requested extension.

**WHEREFORE**, the Defendant prays that he be allowed an additional 7 days to file any pretrial motions in this matter.

Dated this 3rd day of July 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Shepherd, AUSA

       Respectfully submitted,


       s/Jennifer A. Hart
       **JENNIFER A. HART**
       FEDERAL DEFENDERS
       MIDDLE DISTRICT OF ALABAMA
       201 Monroe Street, Suite 407
       Montgomery, AL 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       jennifer_hart@fd.org
       AL Bar Code: HAR189