IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


UNITED STATES OF AMERICA     )
                                  )
      v                       )      CRIMINAL ACTION NO.
                                  )      3:07CR102-WHA
JIMMY COLLINS               )


ORDER

Upon the defendant's Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 14, filed 7/3/2007), and for good cause shown it is

ORDERED that said motion is **GRANTED**, the defendant must file any pretrial motions on or before 7/10/2007/.  Any response by the United States must be filed on or before 7/16/2007.

DONE this 6th Day of July, 2007.


/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE