IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO.: 3:07cr102-WHA |
| | ) | |
| JIMMY COLLINS | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **JIMMY COLLINS**, by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 25th day of July 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Shepherd, AUSA

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189