IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:07cr102-WHA |
| JIMMY COLLINS ) | |

**ORDER**

As stated in open court at the sentencing hearing held on this day, the Defendant is allowed to withdraw his plea of guilty, and it is hereby

ORDERED that this case is set for trial on December 10, 2007.

DONE this 31st day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE