IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr102-WHA |
| | ) | |
| JIMMY COLLINS | ) | |

UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits the following:

On January 10, 2008, this Court entered a Preliminary Order of Forfeiture ordering defendant Jimmy Collins to forfeit a Mossberg, Model ATR 100, .270 Win. Caliber Rifle, bearing serial number BA007731.

Following entry of an order of forfeiture in a criminal case, the government must publish notice of the order in a manner consistent with the provisions of Title 21, United States Code, Section 853(n)(1) which gives the Attorney General plenary authority to prescribe the manner of such notice. The Attorney General has determined that the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims ("Supplemental Rules") should be the manner of such notice.

**MOTION GRANTED**

SO ORDERED
THIS 25th DAY OF _____, 2008

_____
UNITED STATES DISTRICT JUDGE